JOHN M. BENNETT, Respondent, v. JOHN W. DARR et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel and Bastow, JJ. [See *post*, p. 1049.]

MORGENTHAU-SEIXAS CO., INC., Respondent, v. ISAAC PUTTERMAN, Appellant, et al., Defendants.— The amended complaint clearly sets forth a cause of action based upon the oral agreement pleaded in paragraph nineteenth and it is pleaded in accordance with the terms of the opinion upon which leave to amend was based. The reference to the modification of the prior written agreement is inconsequential and, as written, does not enable the plaintiff to establish a case except upon the oral contract. Nor is the promise on which the plaintiff sues too indefinite for enforcement. The compensation claimed by the plaintiff is based upon " the services rendered by the plaintiff in effecting such contract of sale ". That constitutes a definite measure for determining the sum due it. The plaintiff may recover the reasonable value of such services in the event that it should be successful in establishing its claim upon the trial. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Callahan, Bastow, Botein and Rabin, JJ. [See *post*, p. 1050.]

GLADYS KARFIOL, Also Known as GLADYS GOLDBERG, Individually and as Administratrix of the Estate of FEIVAL GOLDBERG, Deceased, Respondent, v. JACQUES SARLIE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Rabin, JJ.

In the Matter of CHARLES J. GORDON, Petitioner, against GEORGE P. MONAGHAN, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent, and the petition dismissed. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Rabin, JJ.

AUGUSTIN TORRES, Appellant, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Rabin, JJ.

MADELINE S. D'ANDRIA, as Administratrix of the Estate of THOMAS D'ANDRIA, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Bastow, Botein and Rabin, JJ.

MARGOT BARKER et al., Respondents, v. BELL TRANSPORTATION SYSTEM, INC., Appellant, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.